IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **CORRY M. BROOKS,** : | |
|     Plaintiff, : | |
| : | |
| v. : | **CIVIL ACTION NO. 23-CV-4535** |
| : | |
| **CHERYL STEBERGER,** *et al.*, : | |
|     Defendants. : | |

# ORDER

AND NOW, this 18th day of December, 2024, upon consideration of Defendant Cheryl Steberger's Motion to Dismiss (ECF No. 22), and Plaintiff Corry M. Brooks's failure to comply with the Court's Orders directing him to file a Response thereto (ECF Nos. 24, 29) and to the Court's October 21, 2024 Order directing him to show cause as to why his claims should not be dismissed for failure to prosecute (ECF No. 31), it is **ORDERED** that:

1. For the reasons stated in the Court's accompanying Memorandum applying the factors announced in *Poulis v. State Farm Fire and Cas. Co.*, 747 F.2d 863 (3d Cir. 1984), the Third Amended Complaint (ECF No. 21) is **DISMISSED WITH PREJUDICE** due to Brooks's failure to prosecute this case.

2. Defendant Steberger's Motion to Dismiss (ECF No. 22) is **DISMISSED AS MOOT**.

3. The Clerk of Court is **DIRECTED** to **CLOSE** this case.

BY THE COURT:

/s/ John R. Padova, J.
_____
John R. Padova, J.